# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

FMP Stratford LLC

v.

Century Theaters, Inc.

Case Number:
FILED: JULY 17, 2008
08CV4073
JUDGE CONLON
MAGISTRATE JUDGE VALDEZ
AEE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, FMP Stratford LLC

| | |
|---|---|
| NAME (Type or print) <br> A. Colin Wexler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ A. Colin Wexler | |
| FIRM <br> Goldberg Kohn | |
| STREET ADDRESS <br> 55 E. Monroe Street, Suite 3300 | |
| CITY/STATE/ZIP <br> Chicago | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06270813 | TELEPHONE NUMBER <br> 312.201.4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |