*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV4073           Assigned/Issued By: AEE

Judge Name:                     Designated Magistrate Judge: VALDEZ

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
                                              _____
☐ Wage-Deduction Garnishment Summons       _____
                                              (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                           ☐ Other
☐ Writ _____                 _____
         (Type of Writ)                       _____
                                              (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                        (Date)
_____

_____