IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FMP STRATFORD LLC | ) | **FILED: JULY 17, 2008** |
| | ) | **08CV4073** |
| Plaintiff, | ) | **JUDGE CONLON** |
| | ) | **MAGISTRATE JUDGE VALDEZ** |
| v. | ) | No **AEE**_____ |
| | ) | |
| CENTURY THEATRES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## FMP STRATFORD LLC'S RULE 3.2 DISCLOSURE

Plaintiff, FMP Stratford LLC, by and through its undersigned attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

FMP Stratford LLC is a Delaware limited liability company, and is wholly owned by Feldman Equities Operating Partnership LP, which in turn is majority owned by Feldman Holdings Business Trust I, Feldman Holdings Business Trust II and Feldman Partners LLC. Feldman Holdings Business Trusts I and II are owned by Feldman Mall Properties, Inc., a Maryland corporation which is a publicly traded entity.

| | |
|---|---|
| Dated: July 17, 2008 | FMP STRATFORD LLC |
| | |
| Michael L. Sullivan | By  /s/ Michael L. Sullivan |
| A. Collin Wexler | One of Its Attorneys |
| GOLDBERG KOHN BELL BLACK | |
|   ROSENBLOOM & MORITZ, LTD. | |
| 55 East Monroe Street, Suite 3300 | |
| Chicago, IL   60603 | |
| (312) 201-4000 | |

Keith R. Dutill
STRADLEY RONON STEVENS & YOUNG, LLP
30 Valley Stream Parkway
Malvern, PA  19355
(610) 640-5809
*pro hac vice application to be filed*