## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>FMP STRATFORD LLC,<br><br>       Plaintiff,<br><br>v.<br><br>CENTURY THEATRES, INC.<br>       Defendant. | Case Number:<br>08 CV 4073 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

### CENTURY THEATRES, INC.

| |
|---|
| NAME (Type or print)<br>Janice L. Duban |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ Janice L. Duban |
| FIRM<br>DLA Piper US LLP |
| STREET ADDRESS<br>203 N. LaSalle Street, Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, IL 60601-1293 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06206874 | TELEPHONE NUMBER<br>312-368-4000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |

| | | |
|---|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ |

American LegalNet, Inc.
www.USCourtForms.com