## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
FMP STRATFORD LLC,

                              Plaintiff,

v.

CENTURY THEATRES, INC.
                              Defendant.

Case Number:
08 CV 4073

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**CENTURY THEATRES, INC.**

| |
|---|
| NAME (Type or print) <br> Gerald B. Lurie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/ Gerald B. Lurie |
| FIRM <br> DLA Piper US LLP |
| STREET ADDRESS <br> 203 N. LaSalle Street, Suite 1900 |
| CITY/STATE/ZIP <br> Chicago, IL  60601-1293 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 01409097 | TELEPHONE NUMBER <br> 312-368-4000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

American LegalNet, Inc.
www.USCourtForms.com

CHGO1\31251390.1