IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FMP STRATFORD LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 4073 |
| ) | |
| v. ) | Judge Conlon |
| ) | |
| CENTURY THEATRES, INC., ) | Magistrate Judge Valdez |
| ) | |
| Defendant. ) | |

## AMENDED NOTICE OF MOTION

TO:  Michael L. Sullivan
A. Colin Wexler
Goldberg Kohn Bell Black Rosenberg & Mortiz, Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Keith R. Dutill
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355

**PLEASE TAKE NOTICE THAT**, on Thursday, August 21, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Suzanne B. Conlon, United States District Judge, in the courtroom 1743 at the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present defendant Century Theatre, Inc.'s Motion to Stay Pending Arbitration, a copy of which is hereby served upon you.

Dated: August 15, 2008

**DLA PIPER US LLP**

By: ____/s/ Janice L. Duban____
       Janice L. Duban

Counsel to Defendant
Century Theatres, Inc.

Gerald B. Lurie
Janice L. Duban
DLA PIPER US LLP
203 North La Salle, Suite 1900
Chicago, Illinois 60601
(312) 368-4000

CHGO1\30355327.1

## CERTIFICATE OF SERVICE

Janice L. Duban certifies under penalty of perjury as provided by law that, on August 15, 2008, I caused true and correct copies of Century's Amended Notice of Motion to Stay Case Pending Arbitration and Supporting Memorandum of Law to be filed electronically. Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in this case. In addition, on August 15, 2008, I caused copies of the Amended Notice to be sent to the following parties in the manner indicated below:

> Michael L. Sullivan
> A. Colin Wexler
> Goldberg Kohn Bell Black Rosenberg & Mortiz, Ltd.
> 55 East Monroe Street
> Suite 3300
> Chicago, IL 60603
> (By email and First Class US Mail)
>
> Keith R. Dutill
> Stradley Ronon Stevens & Young, LLP
> 30 Valley Stream Parkway
> Malvern, PA 19355
>
> (By UPS overnight delivery)

                                            /s/ Janice L. Duban
                                            Janice L. Duban