Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4073 | **DATE** | 8/25/2008 |
| **CASE TITLE** | FMP STRATFORD LLC vs. CENTURY THEATRES, INC. | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held. Defendant Century Theatres, Inc.'s motion to stay case pending arbitration [14] is granted. Status hearing is set on October 23, 2008 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|